UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS EDUARDO FELICIANO-MACARIO,

Petitioner,

v.

TONYA ANDREWS, et. al.,

Respondents.

No.  1:26-cv-01941-DC-DMC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 7, 10, 19)

Petitioner, a former immigration detainee proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 13, 2026, the Magistrate Judge filed findings and recommendations herein, which were served on the parties and contained notice that the parties may file objections within seven days. (ECF No. 19.) No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed July 13, 2026 (ECF No. 19), are ADOPTED;

2. Petitioner Jesus Eduardo Feliciano-Macario's (A-221-493-189) petition for a writ of habeas corpus (ECF No. 1) is GRANTED;

3. The preliminary injunctive relief previously granted (ECF No. 9, as supplemented by ECF No. 18) is permanent;

4. This order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal, and Petitioner receives notice of that final order of removal;

5. Respondents' motion to dismiss (ECF No. 7), is DENIED;

4. Respondents' motion to strike docket entry ECF No. 7-2, which was an incorrect I-213 form mistakenly attached as an exhibit to ECF No. 7 (ECF No. 10), is GRANTED;

5. The Clerk of the Court is directed to strike docket entry ECF No. 7-2 from the docket; and

6. The Clerk of the Court is directed to enter judgment accordingly and close this file.

IT IS SO ORDERED.

Dated:   **August 5, 2026**

Dena Coggins
United States District Judge

2